IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-00407-CR-W-DW |
| | ) | |
| CHARLES D. ZELK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Hays's Report and Recommendation denying

Defendant's Motion to Suppress Evidence (Doc. 207). Defendant filed objections to the Report

and Recommendation. After an independent review of the record, the applicable law and the

parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law.

Accordingly, the Court order that the Magistrate's Report and Recommendation be attached to

made a part of this Order, and denies the Defendant's Motion to Suppress.


IT IS SO ORDERED

                                                    /s/ DEAN WHIPPLE
                                                    Dean Whipple
                                                    United States District Judge


DATE:   September 22, 2005